UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEPHAN C. VANCE,

    Plaintiff,

  -vs-                              Case No. 15-CV-745
                                     Appeal No. 15-3005

RICKY L. SEABUL, MD, and
LORI DOEHLING,

    Defendants.

## DECISION AND ORDER

On November 10, 2015, the Court granted the plaintiff's motion for leave to proceed *in forma pauperis* on appeal and directed that the plaintiff submit $13.17 to the Clerk of Court by December 10, 2015, as an initial partial filing fee in his appeal. On December 4, 2015, the plaintiff filed a letter requesting that the Court issue an order directing his institution to deduct the $13.17 from his release account because he lacks funds in his regular account to pay the fee. Upon due consideration, the Court will grant this request. *See Doty v. Doyle*, 182 F. Supp. 2d 750, 751-52 (E.D. Wis. 2002).

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motion for order directing the use of his release account for initial partial appeal fee (Docket No. 17) is

**GRANTED**.

**IT IS FURTHER ORDERED** that the Warden at Redgranite Correctional Institution shall withdraw **$13.17** from the plaintiff's release account and forward that sum to the Clerk of this Court as plaintiff's initial partial filing fee in his appeal. Such payment is to be made by **January 11, 2016**.

**IT IS ALSO ORDERED** that a copy of this order be sent to the Warden at Redgranite Correctional Institution.

Dated at Milwaukee, Wisconsin, this 17th day of December, 2015.

                                      **BY THE COURT:**

                                      s/ William C. Griesbach
                                      for **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**